UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  JOHN M. LAMBROS, ESQ.

---

JOAQUIN STEWART, ETANO

Plaintiff(s)

Index # 11 CIV 6595 (CM)

- against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

*ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.*

That on March 1, 2012 at 12:10 PM at

*C/O NARCOTICS DIVISION*
*1 POLICE PLAZA*
*RM. 1100*
*NEW YORK, NY 10038*

deponent served the within SUMMONS AND FIRST AMENDED COMPLAINT on DETECTIVE MANUEL SANCHEZ (SHIELD # 07110) therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to "JANE" BUSBY" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|----------------|
| FEMALE | BROWN | BROWN | 50 | 5'6 | 145 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

*C/O NARCOTICS DIVISION*
*1 POLICE PLAZA*
*RM. 1100*
*NEW YORK, NY 10038*

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 1, 2012 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  March 1, 2012

| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **ANDERSON CHAN** |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | License #: 1220482 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #: 548940 |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728